[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 25, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12562

_____

D. C. Docket No. 05-03311-CV-BBM-1

DORSEY BERRY,
BRYAN SPRAYBERRY,
CHET MCDONNELL,
TOMMY STEPHENS,
PARRISH CARLYLE,
BOBBY PARKER,
CONNIE TAYLOR,

Plaintiffs-Appellants,

WALLACE R. SWANSON, et al.,

Plaintiffs,

versus

COOPER STANDARD AUTOMOTIVE, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(January 25, 2008)**

Before HULL and PRYOR, Circuit Judges, and MOORE,[*] District Judge.

PER CURIAM:

After review and oral argument, the Court concludes that Plaintiffs-Appellants Dorsey Berry, Bryan Sprayberry, Chet McDonnell, Tommy Stephens, Parrish Carlyle, Bobby Parker, and Connie Taylor have not shown any reversible error in the district court's order dated May 16, 2007. Thus, the Court affirms that order granting summary judgment in favor of Defendant-Appellee Cooper Standard Automotive, Inc. in this case.

**AFFIRMED.**

---

[*]Honorable K. Michael Moore, U.S. District Judge for the Southern District of Florida, sitting by designation.